UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                      Criminal No. 12-cr-16-01-JL

<u>Aida Marquez</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted. The court does not wish to be overly burdensome to counsel, or make more of this than it deserves, but a more detailed, substantive, explanation is requested in future motions. To the extent the court has unquestioningly granted such requests in the past, it acknowledges its role in this common practice. Final Pretrial is rescheduled to July 27, 2012 at 3:30 p.m.; Trial is continued to the two-week period beginning August 7, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                          Joseph N. Laplante
                                                          United States District Judge

Date: May 18, 2012

cc: Lawrence Vogelman, Esq.
    Terry Ollila, Esq.
    U.S. Marshal
    U.S. Probation